SOUTHERN RAILWAY COMPANY v. DURHAM.

LEWIS, J. The requests to charge, so far as pertinent and legal, were fully covered in the general charge. There was sufficient evidence to sustain the verdict, and the court did not err in overruling the motion for a new trial.

　　　*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 17, — Decided April 1, 1898.

Action for damages. Before Judge Fite. Whitfield superior court. April term, 1897.

*Shumate & Maddox,* for plaintiff in error.
*R. J. & J. McCamy* and *Jones & Martin,* contra.